IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RYAN MASSEY,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-4505

Opinion filed August 5, 2014.

An appeal from the Circuit Court for Leon County.
Jackie L. Fulford, Judge.

Robert A. Morris and Elliott A. Smith, The Law Offices of Robert A. Morris, LLC,
Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, and Samuel A. Perrone, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

ROBERTS, MARSTILLER, and SWANSON, JJ., CONCUR.